# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATARINA MARIE COX,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.  1:20-cv-01520-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO SUBMIT CORRECTED APPLICATION<br><br>(ECF No. 2)<br><br>FOURTEEN DAY DEADLINE |

Plaintiff Katarina Marie Cox filed a complaint on October 28, 2020, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2.) First, although the name in the caption and the signature match Plaintiff's name, the application contains the incorrect party name in the space where the declarant's name is supposed to be entered. (ECF No. 2 at 1-2.) Further, while Plaintiff first answers that her last date of employment was in 2002, Plaintiff also checks the box indicating that she has received business, profession or other self-employment earnings within the past twelve (12) months. (ECF No. 2 at 1.) It is not clear if Plaintiff meant to enter "2020," instead of "2002," or if the first page of the application contains incorrect information from the previous declarant that used the form.

///

///

///

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed in forma pauperis is DENIED WITHOUT PREJUDICE; and

2. Within fourteen days of entry of this order, Plaintiff shall either file a corrected application to proceed *in forma pauperis* or pay the filing fee for this action.

IT IS SO ORDERED.

Dated: **October 30, 2020**

UNITED STATES MAGISTRATE JUDGE