# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATARINA MARIE COX,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:20-cv-01520-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 22) |

On November 22, 2021, the parties submitted a stipulated request for a thirty-day extension of time to extend Defendant's deadline to respond to Plaintiff's opening brief from December 3, 2021 to January 3, 2022,[1] due to defense counsel's extremely large caseload with briefing deadlines for thirteen other matters through December and a Ninth Circuit oral argument scheduled for December 10, 2021.  (ECF No. 22.)  The Court finds good cause exists to grant the request.

///

///

///

///

---

[1] The parties' stipulated request seeks to continue the deadline from December 3, 2021 to January 3, 2021, which the Court presumes is a typographical error and construes as a request to continue the deadline to January 3, 2022.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant shall have until January 3, 2022, to respond to Plaintiff's opening brief; and

2. All remaining deadlines as set forth in the scheduling order (ECF No. 7) are modified accordingly.

IT IS SO ORDERED.

Dated:   **November 22, 2021**

UNITED STATES MAGISTRATE JUDGE